STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 19 2000
at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00030 |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 2113(a)] |
| KEVIN RICHARD BENOZA, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

On or about January 7, 2000, in the District of Hawaii, the Defendant, KEVIN RICHARD BENOZA, by force and violence, and by intimidation, did take from the person or presence of another money, namely $411 in United States currency, belonging to, and in the care, custody, control, management and possession of the

Bank of Honolulu, Westridge Shopping Center Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18 United States Code Section 2113(a).

DATED: Jan. 19, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, Grand Jury

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney